**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DARNELL DICKERSON<br>Plaintiff | :<br>:|
| v. | Civil Action No. CCB-06-2393 |
| | : |
| FRANK C. SIZER, et al.,<br>Defendants | :<br>: |

## **MEMORANDUM**

This is a pro se 42 U.S.C. § 1983 civil rights action filed by Darnell Dickerson, an inmate at the Jessup Correctional Institution. Before the court is plaintiff's letter dated November 7, 2006, in which he states that he want to dismiss the above-referenced action because he cannot afford the $ 9.33 partial filing fee and subsequent payments toward the $ 350.00 civil filing fee.[1] Counsel for defendants has yet to file a response to the complaint. The Court will construe the correspondence as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41, and grant the motion without prejudice by separate order.

 November 27, 2006   
Date

          /s/          
Catherine C. Blake
United States District Judge

---

[1]  Plaintiff indicates "he was told the filing fee was only 150." Paper No. 10. He does not state who provided this information to him. The court is statutorily required to assess the civil filing fee in prisoner-filed civil actions. See 28 U.S.C. § 1915(b)(1)(B). This statute provides the prisoner an opportunity to pay a partial filing fee and pay the remainder in installments. Effective April 9, 2006, the civil filing fee was increased from $250.00 to $350.00. See 28 U.S.C.§ 1914(a). Plaintiff submitted his in forma pauperis motion on an outdated form which showed the civil filing fee was $250.00. (Paper No. 2).